UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RAFAEL GONZALEZ SANTANA,

        Petitioner,

v.                                                          Case No. 3:25-cv-732-MMH-MCR

U.S. ATTORNEY GENERAL, et al.,

        Respondents.
_____

## ORDER

    1.    The **Clerk of Court** shall send a copy of the "Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241" (Doc. 1) and this Order by certified mail to: (1) the Director of Enforcement and Removal Operations, Miami Field Office, 865 S.W. 78th Avenue, Suite 101, Plantation, FL 33324; (2) the United States Attorney for the Middle District of Florida (attention to the Civil Process Clerk); (3) the Attorney General of the United States in Washington, D.C.; and (4) Sheriff Scotty Rhoden, 1 Sheriff's Office Drive, Macclenny, FL 32063. All costs of service shall be advanced by the United States.

    2.    Respondents, within **30 days** from the date of service of process upon the United States Attorney, shall respond to the Petition, and show cause why the Petition should not be granted.

3. Petitioner must advise the Court of the petitioner's current mailing address, including if the petitioner is released from custody. If Petitioner fails to do so, the Court may dismiss the action.

4. The parties must mark for identification all transcripts, briefs, affidavits, and other documentary exhibits and, if more than one, submit a table of contents or index (with a title, description, and date of each document). The Court will strike and return any exhibits that do not comply with these requirements. If a party relies on a deposition, the entire transcript must be filed.

5. After Respondents file a response, Petitioner shall have **30 days** to file his reply to Respondents' response.

**DONE AND ORDERED** at Jacksonville, Florida, this 3rd day of July, 2025.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

caw 7/2
c:
Rafael Gonzalez Santana, #074051-053