UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RAFAEL GONZALEZ SANTANA,

    Petitioner,

v.                              Case No. 3:25-cv-732-MMH-MCR

U.S. ATTORNEY GENERAL, et al.,

    Respondents.

_____

## ORDER

In light of Respondents' Notice of Petitioner's Removal from the United States (Doc. 9) advising that Petitioner was removed from the United States on September 17, 2025, it is

**ORDERED:**

1. The Petition (Doc. 1) is **DISMISSED as moot.**

2. The **Clerk** shall enter judgment dismissing this case as moot, terminate any pending motions, and close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 6th day of October, 2025.

_____
MARCIA MORALES HOWARD
United States District Judge

caw 10/6
c:
Rafael Gonzalez Santana, #074-051-083
Counsel of Record